UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

P. J. Stevens,

        Plaintiff,

vs.                                                                 ORDER

Kanabec County Family Services,

        Defendant.            Civil No. 08-1490 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.     That the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied as moot.

2.     That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).

DATED: July 21, 2008                          BY THE COURT:
Minneapolis, Minnesota

                                                                <u>s/James M. Rosenbaum</u>
                                                                 Judge James M. Rosenbaum
                                                                   United States District Judge